**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  BISHOP, GREGORY M.              § Case No. 16-23849
                                        §
                                        §
                                        §
           Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/25/2016. The undersigned trustee was appointed on 07/25/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $         9,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 75.73 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $         8,924.27 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 06/09/2017 and the deadline for filing governmental claims was 06/09/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,650.00, for a total compensation of $1,650.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2017　　　　　　　　　　　　　　By: /s/ Michael Desmond  
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| Case No.: | 16-23849 | Trustee Name: | (330623) Michael Desmond |
| --- | --- | --- | --- |
| Case Name: | BISHOP, GREGORY M. | Date Filed (f) or Converted (c): | 07/25/2016 (f) |
| | | § 341(a) Meeting Date: | 08/23/2016 |
| For Period Ending: | 09/20/2017 | Claims Bar Date: | 06/09/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 29 W. Wend St, Lemont, IL 60439-0000, Cook County Single-family home, Pin No:22-293-17031-0000 Purchased in 1996 for $229,000 Eppraisal.com Valuation Per Divorce Decree Upon Sale of Real Estate Ex- Spouse to Receive 60% of Net Proceeds. Entire property value: $278,476.00 | 278,476.00 | 20,045.00 | | 0.00 | FA |
| 2 | 2001 Lincon Towncar Executive, 134,000 miles, Kbb.com Private Party Valuation ( Fair Value). Entire property value: $1,430.00 | 1,430.00 | 1,430.00 | | 0.00 | FA |
| 3 | 2008 Cadillac STS V, 31,641 miles, Value Per Carmax Appraisal. Entire property value: $15,000.00 | 15,000.00 | 10,227.31 | | 9,000.00 | FA |
| 4 | Everyday Household Goods | 745.00 | 0.00 | | 0.00 | FA |
| 5 | [3] Televisions; DVD Player;VHS Player; Personal Computer;Laptop Computer; Printer; Stereo, Telphone; Cellular | 345.00 | 0.00 | | 0.00 | FA |
| 6 | Bicycle | 80.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 5.00 | 5.00 | | 0.00 | FA |
| 9 | Checking: Chase account ending in 7136. Balance as of July 25,2016 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: Chase account ending in 6383. Balance as of July 25,2016 | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-23849  
**Case Name:** BISHOP, GREGORY M.  
**For Period Ending:** 09/20/2017

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 07/25/2016 (f)  
**§ 341(a) Meeting Date:** 08/23/2016  
**Claims Bar Date:** 06/09/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Checking: Chase account ending in 6383. Balance as of July 25, 2016 | 0.87 | 0.00 | | 0.00 | FA |
| 12 | Checking: Marquette Bank account ending in 7265 Balance as of 7/25/16 | 553.05 | 448.42 | | 0.00 | FA |
| 13 | IRA: Merrill- Lynch | 140,000.00 | 140,000.00 | | 0.00 | FA |
| 14 | Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets  Totals** (Excluding unknown values) | **$436,784.92** | **$172,155.73** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims Bar Date was June 9, 2017. Trustee reviewing claims and will file Final Report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017

**Current Projected Date Of Final Report (TFR):** 12/31/2017

09/20/2017  
Date

/s/Michael Desmond  
Michael Desmond

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-23849 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BISHOP, GREGORY M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2613 | Account #: | ******7400 Checking |
| For Period Ending: | 09/20/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2017 | {3} | Gregory Bishop | Purchase of Trustee's Interest in 2008 Cadillac | 1129-000 | 9,000.00 |  | 9,000.00 |
| 03/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 8,990.00 |
| 04/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.06 | 8,977.94 |
| 05/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 14.20 | 8,963.74 |
| 06/30/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.89 | 8,950.85 |
| 07/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.44 | 8,938.41 |
| 08/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 14.14 | 8,924.27 |
|  |  | **COLUMN TOTALS** |  |  | 9,000.00 | 75.73 | $8,924.27 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 9,000.00 | 75.73 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$9,000.00** | **$75.73** |  |

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)                          ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-23849 | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | BISHOP, GREGORY M. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2613 | **Account #:** | ******7400 Checking | |
| **For Period Ending:** | 09/20/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******7400 Checking | $9,000.00 | $75.73 | $8,924.27 |
| | **$9,000.00** | **$75.73** | **$8,924.27** |

09/20/2017 /s/Michael Desmond
**Date** **Michael Desmond**

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case: 16-23849**                    **GREGORY M BISHOP**

Claims Bar Date: 06/09/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | JP Morgan Chase<br>Po Box 24696<br>Columbus, OH 43224<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/25/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/25/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Michael Desmond<br>10 South LaSalle<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative | | $1,650.00<br>$1,650.00 | $0.00 | $1,650.00 |
| | Capital One<br>PO Box 30285<br>Po Box 62180<br>Salt Lake City, UT 84130<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One Union Plus<br>PO Box 60501<br>City of Industry, CA 91716<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>Attn: Correspondence Dept<br>POBox 15298<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C
## Analysis of Claims Register

**Case: 16-23849**  **GREGORY M BISHOP**

Claims Bar Date: 06/09/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Chase<br>Attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Citibank/Best Buy<br>Centralized Bankruptcy/CitiCorp, Credit<br>PO Box 790040<br>St Louis, MO 63179<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Equifax Information Services, LLC<br>1550 Peachtree Street NW<br>Atlanta, GA 30309<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Experian Information Solutions, Inc.<br>475 Anton Boulevard<br>Costa Mesa, CA 92626<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | TransIlnion LLC<br>PO Box 2000<br>Chester, PA 19016<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Capital One Bank (USA), N.A.,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/24/17 |  | $20,227.98<br>$20,227.98 | $0.00 | $20,227.98 |

**Case Total:**    **$0.00**    **$21,877.98**

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-23849
Case Name: GREGORY M BISHOP
Trustee Name: Michael Desmond

**Balance on hand:**   $              8,924.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $      8,924.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Desmond | 1,650.00 | 0.00 | 1,650.00 |

Total to be paid for chapter 7 administrative expenses:   $      1,650.00
Remaining balance:   $      7,274.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $      7,274.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

UST Form 101-7-TFR(5/1/2011)

|   |   |   |   |
|---|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,274.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,227.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 20,227.98 | 0.00 | 7,274.27 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,274.27 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |   |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**