# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 16-23849 |
| | ) | |
| Gregory M. Bishop, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |

## PROOF OF SERVICE

**TO:** See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties listed on the Manual Notice List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on October 25, 2017 before the hour of 5:00 p.m., proper postage prepaid.

Date: October 25, 2017

MICHAEL K. DESMOND, not individually but solely in his capacity as chapter 7 trustee for the bankruptcy estate of GREGORY M. BISHOP,

By: *Michael K. Desmond*
Ch. 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-5287
Fax: (312) 251-4610

## SERVICE LIST

**Mailing Information for Case 16-23849 [10-24-17]**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joseph S Davidson** jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com; bkycourtinfo@gmail.com; ecfnotice@sulaimanlaw.com; sulaiman.igotnotices@gmail.com; bkecf_sulaiman@bkexpress.info; r46351@notify.bestcase.com
- **Michael K Desmond**    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

## Manual Notice List

Gregory M Bishop  
29 W. Wend St  
Lemont, IL 60439  
*(Debtor 1)*

Capital One Bank (USA), N.A.  
PO Box 71083  
Charlotte, NC 28272-1083  
*(Creditor)*