**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: BISHOP, GREGORY M. § Case No. 16-23849
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $421,784.92 *(without deducting any secured claims)* | Assets Exempt: $21,550.00 |
| Total Distributions to Claimants: $7,274.27 | Claims Discharged Without Payment: $91,873.71 |
| Total Expenses of Administration: $1,725.73 | |

    3) Total gross receipts of $9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $243,431.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,725.73 | $1,725.73 | $1,725.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $97,862.00 | $20,227.98 | $20,227.98 | $7,274.27 |
| **TOTAL DISBURSEMENTS** | $341,293.00 | $21,953.71 | $21,953.71 | $9,000.00 |

4) This case was originally filed under chapter 7 on 07/25/2016. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   01/08/2018            By: /s/ Michael Desmond
                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Cadillac STS V, 31,641 miles, Value Per Carmax Appraisal. Entire property value: $15,000.00 | 1129-000 | $9,000.00 |
| TOTAL GROSS RECEIPTS | | $9,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | JP Morgan Chase | 4110-000 | $89,208.00 | NA | NA | NA |
| N/F | Quicken Loans | 4110-000 | $154,223.00 | NA | NA | NA |
| | TOTAL SECURED | | $243,431.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2100-000 | NA | $1,650.00 | $1,650.00 | $1,650.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $75.73 | $75.73 | $75.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,725.73** | **$1,725.73** | **$1,725.73** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $18,942.00 | $20,227.98 | $20,227.98 | $7,274.27 |
| N/F | Capital One Union Plus | 7100-000 | $15,959.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $11,849.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $40,241.00 | NA | NA | NA |
| N/F | Citibank/Best Buy | 7100-000 | $10,871.00 | NA | NA | NA |
| N/F | Equifax Information Services, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Experian Information Solutions, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Transllnion LLC | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$97,862.00** | **$20,227.98** | **$20,227.98** | **$7,274.27** |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-23849 | | Trustee Name: | (330623) Michael Desmond |
| Case Name: | BISHOP, GREGORY M. | | Date Filed (f) or Converted (c): | 07/25/2016 (f) |
| | | | § 341(a) Meeting Date: | 08/23/2016 |
| For Period Ending: | 01/08/2018 | | Claims Bar Date: | 06/09/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 29 W. Wend St, Lemont, IL 60439-0000, Cook County Single-family home, Pin No:22-293-17031-0000 Purchased in 1996 for $229,000 Eppraisal.com Valuation Per Divorce Decree Upon Sale of Real Estate Ex- Spouse to Receive 60% of Net Proceeds. Entire property value: $278,476.00 | 278,476.00 | 20,045.00 | | 0.00 | FA |
| 2 | 2001 Lincon Towncar Executive, 134,000 miles, Kbb.com Private Party Valuation ( Fair Value). Entire property value: $1,430.00 | 1,430.00 | 1,430.00 | | 0.00 | FA |
| 3 | 2008 Cadillac STS V, 31,641 miles, Value Per Carmax Appraisal. Entire property value: $15,000.00 | 15,000.00 | 10,227.31 | | 9,000.00 | FA |
| 4 | Everyday Household Goods | 745.00 | 0.00 | | 0.00 | FA |
| 5 | [3] Televisions; DVD Player;VHS Player; Personal Computer;Laptop Computer; Printer; Stereo, Telphone; Cellular Phone | 345.00 | 0.00 | | 0.00 | FA |
| 6 | Bicycle | 80.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 5.00 | 5.00 | | 0.00 | FA |
| 9 | Checking: Chase account ending in 7136. Balance as of July 25,2016 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: Chase account ending in 6383. Balance as of July 25,2016 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Chase account ending in 6383. Balance as of July 25, 2016 | 0.87 | 0.00 | | 0.00 | FA |
| 12 | Checking: Marquette Bank account ending in 7265 Balance as of 7/25/16 | 553.05 | 448.42 | | 0.00 | FA |
| 13 | IRA: Merrill- Lynch | 140,000.00 | 140,000.00 | | 0.00 | FA |
| 14 | Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$436,784.92** | **$172,155.73** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims Bar Date was June 9, 2017.   Trustee reviewing claims and will file Final Report.

**Current Projected Date Of Final Report (TFR):**   09/20/2017 (Actual)        **Initial Projected Date Of Final Report (TFR):**   12/31/2017

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-23849  
**Case Name:** BISHOP, GREGORY M.

**For Period Ending:** 01/08/2018

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 07/25/2016 (f)  
**§ 341(a) Meeting Date:** 08/23/2016  
**Claims Bar Date:** 06/09/2017

| 01/08/2018 | /s/Michael Desmond |
|---|---|
| Date | Michael Desmond |

**Form 2**

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-23849 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BISHOP, GREGORY M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2613 | Account #: | ******7400 Checking |
| For Period Ending: | 01/08/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/17 | {3} | Gregory Bishop | Purchase of Trustee's Interest in 2008 Cadillac | 1129-000 | 9,000.00 | | 9,000.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,990.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.06 | 8,977.94 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.20 | 8,963.74 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.89 | 8,950.85 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.44 | 8,938.41 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.14 | 8,924.27 |
| 11/29/17 | 101 | Michael Desmond 10 South LaSalle Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $1,650.00; Claim # FEE; Filed: $1,650.00 | 2100-000 | | 1,650.00 | 7,274.27 |
| 11/29/17 | 102 | Capital One Bank (USA), N.A. P.O. Box 71083 Charlotte, NC 28272-1083 | Distribution payment - Dividend paid at 35.96% of $20,227.98; Claim # 1; Filed: $20,227.98 | 7100-000 | | 7,274.27 | 0.00 |
| | | **COLUMN TOTALS** | | | 9,000.00 | 9,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 9,000.00 | 9,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$9,000.00** | **$9,000.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                       ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-23849 | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | BISHOP, GREGORY M. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2613 | **Account #:** | ******7400 Checking | |
| **For Period Ending:** | 01/08/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7400 Checking | $9,000.00 | $9,000.00 | $0.00 |
| | **$9,000.00** | **$9,000.00** | **$0.00** |

01/08/2018                                   /s/Michael Desmond
Date                                              Michael Desmond

UST Form 101-7-TDR (10 /1/2010)